United States District Court

Eastern District of California

Timothy Ray Jones,

      Petitioner,                    No. Civ. S 02-0082 LKK PAN P

  vs.                                Findings and Recommendations

D. L. Runnels,

      Respondent.

-oOo-

March 30, 2004, the court dismissed petitioner's application for a writ of habeas corpus upon the ground it was untimely. Petitioner has filed a motion for relief from judgment. See Fed. R. Civ. P. 60(b).

Petitioner asserts appellate counsel failed to notify petitioner when the California Supreme Court denied his petition for review, causing petitioner to file his federal petition late.

Pursuant to Fed. R. Civ. P. 60(b):

On motion and upon such terms as are just, the court

1     may relieve a party or a party's legal representative
from a final judgment, order or proceeding for the
2     following reasons: (1) mistake, inadvertence, surprise,
or excusable neglect; (2) newly discovered evidence
3     which by due diligence could not have been discovered
in time to move for a new trial under rule 59(b); (3)
4     fraud (whether heretofore denominated intrinsic or
extrinsic), misrepresentation, or other misconduct of
5     an adverse party; (4) the judgment is void; (5) the
judgment has been satisfied, released or discharged, or
6     a prior judgment upon which it is based has been
reversed or otherwise vacated, or it is no longer
7     equitable that the judgment should have prospective
application; or (6) any other reason justifying relief
8     from the operation of the judgment.

9 The February 4, 2004, findings and recommendations found

10 petitioner learned of the California Supreme Court's decision in

11 time to seek federal habeas relief but delayed in his attempts to

12 obtain his file from counsel so he could seek state post-

13 conviction relief, which would have tolled the federal limitation

14 period.  Petitioner offers no reason to modify this finding.

15     Petitioner does not demonstrate he is entitled to relief

16 from judgment.

17     For these reasons, petitioner's April 8, 2005, motion for

18 relief from judgment should be denied.

19     Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these

20 findings and recommendations are submitted to the United States

21 District Judge assigned to this case.  Within 20 days after being

22 served with these findings and recommendations, petitioner may

23 file written objections.  The document should be captioned

24 "Objections to Magistrate Judge's Findings and Recommendations."

25 The district judge may accept, reject, or modify these findings

26 and recommendations in whole or in part.

1 | Dated: June 2, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge