United States District Court

Eastern District of California

Timothy Ray Jones,

    Petitioner,

vs.

State of California, et al.,

    Respondents.

No. Civ. S 02-0082 LKK PAN P

Order

-oOo-

June 13, 2005, petitioner requested an extension of time to file and serve objections to findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 16, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge